■ BRITT BIRD, Appellant-Respondent, v GEICO GENERAL INSURANCE COMPANY, Respondent-Appellant. (Appeal No. 1.) [994 NYS2d 884]—Appeal and cross appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered May 22, 2013. The order, inter alia, granted in part the motion of plaintiff for leave to amend her complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 16, 2014, it is hereby ordered that said appeal and cross appeal are unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Sconiers, Whalen and DeJoseph, JJ.

■ BRITT BIRD, Appellant, v GEICO GENERAL INSURANCE COMPANY, Respondent. (Appeal No. 2.) [994 NYS2d 884]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered July 24, 2013. The order denied the motion of plaintiff for leave to renew her motion for leave to amend her complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 16, 2014, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Sconiers, Whalen and DeJoseph, JJ.

■ In the Matter of the Arbitration between METLIFE INSURANCE COMPANY, Appellant, and CHRISTINA COLOSIMO, Respondent. [994 NYS2d 885]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered December 18, 2013 in a proceeding pursuant to CPLR article 75. The order, among other things, granted respondent's cross motion to confirm an arbitration award.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Sconiers, Whalen and DeJoseph, JJ.